**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

_____

CAUSE OF ACTION INSTITUTE )
1875 Eye St., NW, Suite 800 )
Washington, DC 20006, )
)
        Plaintiff, )
)
        v. )     Civil Action No. 17-1601
)
THE WHITE HOUSE OFFICE OF )
MANAGEMENT AND BUDGET )
725 17th Street, NW )
Washington, DC 20503, )
)
        Defendant. )
_____)

## COMPLAINT

1.     Plaintiff Cause of Action Institute ("CoA Institute") brings this action under the

Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, seeking access to records relating to the

White House Office of Management and Budget's ("OMB") processing of two petitions for the

rulemaking that CoA Institute submitted in 2015 and 2016, respectively.

2.     The first petition for rulemaking sought implementation of Executive Order

13457, an order directed at disclosing congressional attempts to influence agency decisions on

the allocation of discretionary spending.

3.     The second petition for rulemaking requested that OMB update its outdated FOIA

fee guidance document, which agencies across the federal government continue to rely on when

issuing FOIA regulations and making FOIA fee determinations.

4.     CoA Institute submitted a FOIA request seeking access to records revealing how

OMB has been processing these two petitions.  Ex. A at 1–2.  OMB has not complied with

FOIA's statutory deadlines.

## JURISDICTION AND VENUE

5.      Jurisdiction is asserted pursuant to 28 U.S.C. § 1331 and 5 U.S.C. § 552(a)(4)(B).

6.      Venue is proper pursuant to 28 U.S.C. § 1391(e) and 5 U.S.C. § 552(a)(4)(B).

## PARTIES

7.      CoA Institute is a non-profit strategic oversight group committed to ensuring that government decision-making is open, honest, and fair.  In carrying out its mission, CoA Institute uses various investigative and legal tools to educate the public about the importance of government transparency and accountability.  It regularly requests access, under the FOIA, to the public records of federal agencies, entities, and offices, and disseminates its findings, analysis, and commentary to the general public.

8.      OMB is an agency within the meaning of 5 U.S.C. § 552(f)(1).  It has possession, custody, and control of records to which CoA Institute seeks access and that are the subject of this Complaint.

## FACTS

9.      By letter, dated March 10, 2017, CoA Institute sent a FOIA request to OMB seeking access to records related to OMB's processing of two petitions for rulemaking that CoA Institute had previously submitted to the agency.  Ex. A at 1–2.

10.     CoA Institute sought to be classified as a representative of the news media for fee purposes.  *Id.* at 2–3.

11.     By email, dated March 10, 2017, OMB acknowledged receipt of the FOIA request and assigned it case number 2017-097.  Ex. B.

12.     Despite two requests from CoA Institute for updates on the processing of the request, OMB has provided no further communication to CoA Institute.  Ex. C.

## COUNT 1

### Violation of the FOIA: Failure to Comply with Statutory Deadlines

13.     CoA Institute repeats all of the above paragraphs.

14.     The FOIA requires agencies to respond to requests within twenty (20) business days or, in "unusual circumstances," within thirty (30) business days.  5 U.S.C. §§ 552(a)(6)(A)–(B).

15.     More than twenty (20) business days have passed since OMB received the FOIA request at issue in this suit.

16.     OMB has not issued a final determination on or produced any records responsive to the FOIA request at issue within the applicable statutory time limits.  OMB, therefore, has failed to comply with the FOIA's statutory deadline to issue a final determination.

17.     CoA Institute has exhausted its administrative remedies under 5 U.S.C. § 552(a)(6)(C).

### RELIEF REQUESTED

WHEREFORE, Plaintiff CoA Institute respectfully requests and prays that this Court:

a.     order OMB to issue a final determination within twenty (20) business days of the date of the Order;

b.     order OMB to produce all responsive, non-exempt records promptly after issuing the final determination;

c.     award CoA Institute its costs and reasonable attorney fees incurred in this action, pursuant to 5 U.S.C. § 552(a)(4)(E); and

d.     grant such other relief as the Court may deem just and proper.

Date: August 9, 2017

Respectfully submitted,

*/s/ R. James Valvo, III*
R. James Valvo, III (D.C. Bar No. 1017390)
Lee A. Steven (D.C. Bar No. 468543)

CAUSE OF ACTION INSTITUTE
1875 Eye St., NW, Suite 800
Washington, DC 20006
Telephone: (202) 499-4232
Facsimile: (202) 330-5842
james.valvo@causeofaction.org
lee.steven@causeofaction.org

*Counsel for Plaintiff*